IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

DAVID J HUGHES                      Case No. 02-16262-9P7

       DEBTOR.

_____ /

**<u>TRUSTEE'S OBJECTION TO CLAIM NO. 7 FILED BY
CITIBANK (SOUTH DAKOTA), N.A.</u>**

COMES NOW the Trustee, ROBERT E. TARDIF JR., and objects to Claim No. 7 filed by Citibank (South Dakota), N.A. and states as follows:

The Claimant filed the claim after the claims bar date. (An ex parte Order will be entered by the Court stating that the claim is allowed, however, unless there are surplus funds after payment of all timely filed claims, the claim will not be paid.)

---

**NOTE TO DEBTOR:** This Objection involves an action between the Trustee and the Creditor named in the Objection. **THE OBJECTION IS BEING SENT TO YOU FOR YOUR INFORMATION ONLY.** If you need any additional explanation of this Objection or any other document you receive from the Court, including Notices of Hearing or Orders, please contact your own attorney. The Trustee's office cannot give you any legal advice or provide you with any further explanation than that contained in this statement.

---

*Certificate of Service*

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the Assistant United States Trustee and by regular U.S. Mail to David J Hughes, 400 Madison Street # 1003, Alexandria VA 22314, Ludwig J Abruzzo, 5425 Park Central Court, Naples, FL 34109 and Citibank (South Dakota), N.A., c/o Terri Bergman, P.O. Box 6305, The Lakes, NV 88901-6305, and by certified U.S. Mail to Citibank (South Dakota), N.A., ATTN: President, P.O. Box 6305, The Lakes, NV 88901-6305 on January 9, 2004.

                                                         <u>/s/ Robert E. Tardif Jr.</u>
                                                         Robert E. Tardif Jr., Esquire
                                                         1601 Jackson Street, Suite 106
                                                         Fort Myers, Florida 33901
                                                         Telephone: 239/334-0068
                                                         Facsimile: 239/334-3378