IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In the Matter of:

DAVID J. HUGHES

Case No. 02-16262-9P7

Debtor/

## APPLICATION FOR COMPENSATION TO ACCOUNTANT

The Application of David L. Schultz, CPA, ABV, and Schultz, Chaipel & Co., L.L.P. public accountants respectfully represents:

1. That on July 16, 2004 this Court entered its Order Approving Application To Employ Accountant and appointing David L. Schultz, CPA, ABV and Schultz, Chaipel & Co., L.L.P. as accountant in this case.

2. That during the process of the administration of the estate, the accountant provided professional services, including preparation of the federal income tax return for 2003.

3. The Accountant has attached the detailed billing for services rendered in this case.

4. As of December 30, 2003, the Trustee had on hand the sum $36,924.45.

WHEREFORE, the Applicant prays that Schultz, Chaipel & Co., L.L.P. be allowed and paid the sum of $ 703.75, pursuant to the previous Order and this Application.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by regular United States Mail to Assistant U. S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602, and Schultz, Chaipel & Co., CPA's, L.L.P., Attn: David L. Schultz, 12660 World Plaza Lane, Unit 73, Fort Myers, FL 33907.

_____
ROBERT E. TARDIF, TRUSTEE

# SCHULTZ, CHAIPEL & CO., CPAs, L.L.P.
## 12660 World Plaza Lane
## Fort Myers, FL  33907
## 239-939-5333

## DAVID J. HUGHES
### Case No. 02-16262-9P7

Bankruptcy Petition Filed: August 21 , 2002
Services Commenced: March 29, 2004
Interim Detailed Billing through July 27, 2004

Note: The rates charged by persons identified below are the customary hourly rates charged in the Fort Myers service area.

| DATE | SERVICE  STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|---|

Professional services rendered in connection with the preparation federal income and state intangible returns for the period ended December 31, 2003 as follows:

| DATE | SERVICE / STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 3/29/2004 | Organize & input data<br>Review doc's rec'd from Trustee: draft e-mail to Trustee re: remaining information needed to complete current year returns re: D. Hughes Chapter 7<br>   Schultz | 0.35 | $200.00 | 70.00 |
| 3/30/2004 | Typing<br>Set up new client in VPM and prepare new files.<br>   Howell | 0.50 | $55.00 | 27.50 |
| 4/8/2004 | Organize & input data<br>Pull file and prepare extension<br>   Gonwa | 0.40 | $90.00 | 36.00 |
| 4/12/2004 | Extension form<br>Prepare extension cover letter<br>   Krape | 0.20 | $125.00 | 25.00 |
| 4/14/2004 | Organize & input data<br>Review information discuss with AK, pull bankruptcy publication review filing instructions<br>   Gonwa | 0.75 | $90.00 | 67.50 |

SCHULTZ, CHAIPEL & CO., CPAs, L.L.P.  
HUGHES, DAVID, CHAPTER 7  
Invoice No.  ~11009                                                            Page 2

| DATE | SERVICE  STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 4/14/2004 | Extension form<br>Review file, sign and release extension ot time<br>to file | | | |
| | Schultz | 0.15 | $200.00 | 30.00 |
| 4/14/2004 | Photo copies / processing<br>Process 2758. | | | |
| | Howell | 0.25 | $55.00 | 13.75 |
| 5/11/2004 | Organize & input data<br>Assist Keith on Bankruptcy | | | |
| | Gonwa | 0.20 | $90.00 | 18.00 |
| 6/30/2004 | Organize & input data | | | |
| | Krape | 1.90 | $125.00 | 237.50 |
| 6/30/2004 | Math check & review<br>review 1041 and letter to employ | | | |
| | Cairns | 0.50 | $150.00 | 75.00 |
| 7/01/2004 | Photo copies / processing<br>Process 1041 return. | | | |
| | Howell | 0.50 | $55.00 | 27.50 |
| 7/01/2004 | Final review & release<br>Review return, sign and release to Trustee | | | |
| | Schultz | 0.20 | $200.00 | 40.00 |

|  |  |  |
|---|---|---|
| Total For Services | $ | 667.75 |
| Expenses | | 36.00 |
| Total For Expenses | $ | 36.00 |
| Current Amount Due | $ | 703.75 |

SCHULTZ, CHAIPEL & CO., CPAs, L.L.P.
HUGHES, DAVID, CHAPTER 7
Invoice No.  ~11009                                                                    Page 3

| **PERSONNEL** | **HOURS** | **RATE** | **TOTAL FEES** |
|---|---|---|---|
| C. Howell, Administrative Staff | 1.25 | $ 83.80 | $   104.75 |
| S Gonwa, Staff Accountant | 1.35 | $ 90.00 | 121.50 |
| A. Krape, Tax Manager | 2.10 | $125.00 | 262.50 |
| K. Cairns, Tax Manager | .50 | $150.00 | 75.00 |
| D. Schultz, Tax Partner | .70 | $200.00 | 140.00 |
| Total hours and fees | 5.90 | | $   703.75 |